UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMPART SYSTEMS CORPORATION<br><br>                      Plaintiff,<br>v.<br><br>UNITED STATES<br><br>                      Defendant. | Court No. 1:21-CV-00558<br>and Attached Schedule |

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: August 4, 2022

                                    */s/Robert L. Soza, Jr.*
                                    Robert L. Soza, Jr.
                                    Jackson Walker, LLP
                                    112 East Pecan Street,
                                    Suite 2400
                                    San Antonio, TX 78205
                                    210-978-7718
                                    rsoza@jw.com

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:21-CV-00558 | Compart Systems Corporation | 209520109071 | 7992549749 |

Order of Dismissal

    The action listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

                                        Clerk, U. S. Court of International Trade

                                        By:_____
                                                     Deputy Clerk

33474027v.2